# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CENTRAL DAUPHIN SCHOOL DISTRICT, | : | No. 16 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Published Opinion and** |
| v. | : | **Order** of the Commonwealth Court |
| | : | at No. 1154 CD 2017, at 199 A.3d |
| | : | 1005 (Pa. Cmwlth. 2018) entered on |
| VALERIE HAWKINS, FOX 43 NEWS AND | : | December 10, 2018, **affirming** the |
| THE COMMONWEALTH OF | : | Order of the Dauphin County Court |
| PENNSYLVANIA, OFFICE OF OPEN | : | of Common Pleas at No. 2016-CV- |
| RECORDS, | : | 4401-MP entered on August 1, 2017 |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**                                          DECIDED:  September 1, 2020

     **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the following issue:

> Whether the Commonwealth Court erred in determining that the video recording, which is maintained by the District and which captures student conduct being investigated by the District for the purpose of determining if discipline should be imposed on students, is not an education record under [the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g].

The Commonwealth Court's order is **VACATED**, and this matter is **REMANDED** for additional proceedings consistent with *Easton Area Sch. Dist. v. Miller*, ___ A.3d ___, 2020 WL 3281099 (Pa. 2020).  Allocatur is **DENIED** as to the remaining issue.